IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 13 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17cr148 DPJ-FKB

DESHUN FERRELL,  18 U.S.C. § 2119
MARCUS HARPER, and
KEVIN BOOTH

**The Grand Jury charges:**

That on or about November 8, 2017, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendants, **DESHUN FERRELL, MARCUS HARPER, and KEVIN BOOTH,** aided and abetted by each other, with the intent to cause death or serious bodily harm, did willfully take and attempt to take a motor vehicle, that had been transported, shipped and received in interstate commerce, that is a 2006 Chevrolet Impala, bearing license plate number HXY 023, VIN #2G1WC581969124108, from the person and presence of another, by force and violence and by intimidation, in violation of Sections 2119 & 2, Title 18, United States Code.

*[signature]*
D. MICHAEL HURST, JR.
United States Attorney

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 13th day of December, 2017.

*[signature]*
UNITED STATES MAGISTRATE JUDGE